209 So.2d 41

### OLYMPIC HOMES, INC.
v.
### Elmer E. ORY.

No. 49187.

April 19, 1968.

In re: Elmer E. Ory applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 207 So.2d 258.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

209 So.2d 41

### Edith J. GIFFORD and Robert L. Gifford, Jr.
v.
### AURAND MANUFACTURING COMPANY et al.

No. 49188.

April 19, 1968.

In re: Chevron Oil Company, The California Company Division applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So.2d 160.

Writ refused. The case having been remanded the judgment is not final.